**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RASHAD LUTF AHMED MOHAMMED
and 1902 NEW WAY GOURMET INC.

                  Plaintiffs,

      -against-                        22 **CIVIL** 4721 (MKV)

                                      <u>**JUDGMENT**</u>

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

                  Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated June 06, 2023, Government's motion to dismiss is

GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      June 06, 2023

                                        **RUBY J. KRAJICK**

                                  _____
                                          **Clerk of Court**

      **BY:**                         _____
                                           **Deputy Clerk**